IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF <u>Florida</u>
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



FILED BY ___GS___ D.C.

FEB 23 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

<u>Daniel Dumond</u>

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

<u>William Carrington Landlord</u>

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

    A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name    Daniel Dumond

    All other names by which you have been known: _____

    ID Number    200145372
    Current Institution    Metrowest Detention Center
    Address    13850 N.W. 41st Street
         Doral, Fl. 33178

    B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

    Name    William Carrington
    Job or Title (if known)    Land Lord Property Owner
    Shield Number    _____
    Employer    _____
    Address    1756 N.W. 85th Street
         Miami, Fl. 33147

    ☑ Individual capacity    ☐ Official capacity

Defendant No. 2

    Name    Mc. Elliot Arthur

2

Job or Title (if known)   *Landlord*

Shield Number

Employer

Address   1756 N.W. 85th Street
Miami, Fl. 33147

☑ Individual capacity          ☐ Official capacity

Defendant No. 3

Name

Job or Title (if known)

Shield Number

Employer

Address

☐ Individual capacity          ☐ Official capacity

Defendant No. 4

Name

Job or Title (if known)

Shield Number

Employer

Address

☐ Individual capacity          ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☐  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____
_____
_____

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____
_____
_____

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

At 1756 N.W 85th street Miami, Fl. 33147 September 21st 2020 Landlord refuse to refund my $1200.00 deposit which we verbally made due to the fact i no longer feeling safe in his property

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

The moment i got arrested landlord refused to refund my deposit even after my power of attorney left a message and contact number September 21, 2020

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I got arrested but my power of attorney left contact number. I was not feeling safe in the apartment where i was i hiding due to threats and i had often jumped by a tenant

5

IV. Statement of Claim    page 5

My name is Daniel Dumond. I am currently incarcerated prior to my incarceration on September 21st, 2020. I was living at 1756 N.W 85th Street Miami, Fl. 33147 on a one (1) year verbal lease agreement with the landlord William Carrington. I started had issues with one of the tenant who lived there. I had 7 police reports and an injunction do to threats not only on my life but on my girlfriend and kids. I was jumped and attacked by that tenant with a Manchete which I sustained injuries. I complaint to landlord William Carrington which he decided to evicted the tenant. Still I was not feeling safe no longer for many threats and my mails were being throwed away. And the tenant friends kept making threats on my life. So I decided that I wanted to move out and I spoke to William Carrington and he agreed that he will refund me my $1200.00 Deposit so I can move out. As soon as I got arrested on 9/21/2020 things change completely. He refuse to answer my calls through my power of attorney who went to my apartment clean it out and removed all my properties out the apartment. Room. Nothing was broken. My power of attorney left contact number for the landlord William Carrington but neither did. I just want my $1,200.00 Deposit which he agreed upon.

*(signature)*

01/27/2022

which the landlord had to kicked out the occupant Apartment I was attacked by a manchete and my mail was being throwin away

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental and emotional injuries. Which made my anxiety very bad mental and emotional depression. I was barely working to pay my rent due to Covid-19 for this landlord to steal my money because I got arrested is not right.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To pay me my $1,200 deposit money which he agreed to repay me back when it my lease was not up. and for my mental and emotional depressions. for my restoration of my emotional and mental health due to stress level and anxiety.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☑ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☑ No
☐ Do not know

If yes, which claim(s)?

_____
_____
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.  If you did file a grievance:

1. Where did you file the grievance?

_____
_____
_____

2. What did you claim in your grievance?

_____
_____
_____

3. What was the result, if any?

_____
_____
_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____
_____
_____

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _I was not incarcerated prior to_ _____

   _____

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

   _____

   _____

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

   _____

   _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- ☐ Yes
- ☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _N/A_
    Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _N/A_

3. Docket or index number

    _N/A_

4. Name of Judge assigned to your case

    _N/A_

5. Approximate date of filing lawsuit

    _N/A_

6. Is the case still pending?

    - ☐ Yes
    - ☐ No

    If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N/A _____

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes

   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)   _____

      Defendant(s)  _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☑ Yes

      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/1/, 20 22

Signature of Plaintiff _____
Printed Name of Plaintiff   Daniel Dumond
Prison Identification #   200145372
Prison Address   13850 N.W. 41st Street
   Doral      FL      33178
   City      State      Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     N/A
Printed Name of Attorney  N/A
Bar Number                N/A
Name of Law Firm          N/A

12

Address _____ N/A _____
Telephone Number _____
E-mail Address _____

13

Daniel Dumond 200145372
MDWDC 13850 N.W 41st Street
Doral Fl. 33178



United States D
Southern D
Office of The
400 North
Miami, Fl



WED 16 FEB 2022